UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re SUEANN M. SMITH,

                           Debtor.

JUDGMENT
06-CV-1149 (ARR)

------------------------------------------------------------X

JEFFREY H. SCHWARTZ,

                           Appellant,

-against-

ROBERT L. GELTZER,
*Chapter 7 Trustee*

                           Appellee.

------------------------------------------------------------X

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 28, 2006, concluding that the Bankruptcy Court neither committed any clear error in its determination of the facts nor abused its discretion in deciding that removal would be in the best interest of the estate; and affirming the January 17, 2006 order of the Bankruptcy Court in all respects; it is

ORDERED and ADJUDGED that the Court concludes that the Bankruptcy Court neither committed any clear error in its determination of the facts nor abused its discretion in deciding that removal would be in the best interest of the estate; and that the January 17, 2006 order of the Bankruptcy Court is affirmed in all aspects.

Dated: Brooklyn, New York
        August 30, 2006

                                                             ROBERT C. HEINEMANN
                                                             Clerk of Court