FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 14 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re SUEANN M. SMITH,

                               Debtor.

-----------------------------------------------------------

JEFFREY H. SCHWARTZ,

                               Appellant,

-against-

ROBERT L. GELTZER,
*Chapter 7 Trustee*

                               Appellee.

-----------------------------------------------------------X

06 CV 1149 (ARR)

Chapter 7
Bankruptcy Case
No. 04-16320-608

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

On January 17, 2006, the United States Bankruptcy Court for the Eastern District of New York (Honorable Carla E. Craig) signed an order removing Jeffrey H. Schwartz, Appellant, as Special Personal Injury Counsel to the Trustee, Robert L. Geltzer, Appellee, and directing Mr. Schwartz and Robert M. Ginsberg to turn over to the Trustee all files related to the Debtor Sueann M. Smith's personal injury action. By opinion and order dated August 24, 2006, this court affirmed Judge Craig's order. Judgment was entered on August 30, 2006. On September 8, 2006, Appellant filed a motion for reconsideration and reargument.

The court denies appellant's motion. Appellant has not satisfied any basis for reconsideration under Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024. He presents no evidence of "mistake, inadvertence, surprise, or excusable neglect;" newly discovered evidence; or "fraud [ ], misrepresentation, or other misconduct of an adverse party." Fed. R. Civ. P. 60(b)(1)-(3). Similarly, the court's prior judgment is not void; it has not been satisfied, released, or discharged; no underlying judgment has been reversed or otherwise vacated; and Appellant

has not demonstrated that "it is no longer equitable that the judgment should have prospective application." Id. at 60(b)(4)-(5). Finally, Appellant has presented no other compelling reason that would justify relief. Id. at 60(b)(6). Even if Appellant had established a basis for reconsideration, the reconsideration of his appeal would be denied on the merits.

Accordingly, Appellant's request for reconsideration and reargument is DENIED. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: September 11, 2006
Brooklyn, New York

## SERVICE LIST:

### Appellant
Jeffrey H. Schwartz
225 Broadway, Suite 605
New York, NY 10007

### Appellant's Attorney
Alvin H. Broome
Ginsberg & Broome, P.C.
225 Broadway
New York, NY 10007

### Appellee
Robert L. Geltzer
Law Offices of Robert L. Geltzer
1556 Third Avenue
New York, NY 10128

### Appellee's Attorney
Robert A. Wolf
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104


cc:     Honorable Carla E. Craig, U.S. Bankruptcy Court E.D.N.Y.